# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138760

DARCY LYNN DEAN,
       Plaintiff-Appellee,

v

GARY MICHAEL HENNING,
       Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138760
COA: 288889
Kent CC: 97-012933-DC

      On order of the Court, the application for leave to appeal the March 19, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

s0831

_____
Clerk